Decided March 25, 2003

STATE OF CONNECTICUT *v.* ELTON ARLINE

The defendant's petition for certification for appeal from the Appellate Court, 74 Conn. App. 693 (AC 22283), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Stephen P. Hanchuruck,* deputy assistant public defender, in support of the petition.

*Susan C. Marks*, supervisory assistant state's attorney, in opposition.

Decided April 3, 2003